B 10S2 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

_____ District of _____

In re _____,        Case No. _____

Debtor

Chapter  13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

**If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** _____        **Court claim no**. (if known): _____

**Last four digits** of any number you use to
identify the debtor's account:            ____ ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees,
expenses, and charges?**

❑  No
❑  Yes. Date of the last notice: _____
                    mm/dd/yyyy

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:_____ | _____ | (11) | $ _____ |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

B 10S2 (Supplement 2) (12/11)                                                                                    Page 2

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ _____ *Jenn Baker* _____        Date _____
   Signature                                                                                                mm/dd/yyyy

**Print:**  _____        Title _____
        First Name            Middle Name            Last Name

Company  _____

Address  _____
       Number              Street

         _____
       City                                              State        ZIP Code

Contact phone  _____        Email _____

# IN THE UNITED STATES BANKRUPTCY
## COURT FOR THE WESTERN DISTRICT
### OF MISSOURI

In Re: Tyler Douglas Wagy )        Case No.  25-40559-can13
)
)        Chapter 13
Debtor(s).        )

---

## CERTIFICATE OF SERVICE

I hereby certify that on 6/12/2025 a true and correct copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served upon all interested parties pursuant to the Court's CM/ECF system and/or by First Class U.S. Mail as follows:

Richard Fink
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-2663

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66049

Errin P. Stowell
WM Law
15095 W 116th Street
Olathe, KS 66062

Tyler Douglas Wagy
c/o Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66049
&
Errin P. Stowell
WM Law
15095 W 116th Street
Olathe, KS 66062

/s/ *Jenn Baker*
Jennifer Baker
Flat Branch Mortgage, Inc.
3400 Buttonwood Dr, Ste A
Columbia, MO 65201